Exhibit "1"

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Robert A. Gordon. 224958<br>Redkey Gordon Law Corp<br>40 Hanford Street. Suite B<br>Sutter Creek. CA 95685<br>TELEPHONE NO: (209) 267-1685  FAX NO. (Optional): (877) 325-5452<br>E-MAIL ADDRESS (Optional): robert@redkeygordonlaw.com<br>ATTORNEY FOR (Name): Kamau Burnett | FILED<br>SUPERIOR COURT - STOCKTON<br>2019 JAN 31  PM 2:17<br>Jenny Rodriguez CLERK<br>BY_____ DEPUTY<br>#435-<br>#383426 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN<br>STREET ADDRESS: 180 E. Weber Ave, 2nd Floor<br>MAILING ADDRESS: 180 E. Weber Ave, Ste 200<br>CITY AND ZIP CODE: Stockton, CA 95202<br>BRANCH NAME: Civil | |
| PLAINTIFF: Kamau Burnett<br><br>DEFENDANT: Stanley Convergent Security Solutions, Inc., Wells Fargo Bank, LTD<br>☒ DOES 1 TO  50 | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>☐ AMENDED (Number):<br>Type (check all that apply):<br>☐ MOTOR VEHICLE  ☒ OTHER (specify): General Negligence<br>☐ Property Damage  ☐ Wrongful Death<br>☒ Personal Injury  ☐ Other Damages (specify): | |
| Jurisdiction (check all that apply):<br>☐ ACTION IS A LIMITED CIVIL CASE<br>Amount demanded  ☐ does not exceed $10,000<br>☐ exceeds $10,000, but does not exceed $25,000<br>☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>☐ from limited to unlimited<br>☐ from unlimited to limited | CASE NUMBER:<br>STK-CV-UPI-2019-1477 |

1. Plaintiff (name or names): Kamau Burnett
   alleges causes of action against defendant (name or names):
   Stanley Convergent Security Solutions, Inc., Wells Fargo Bank, LTD, DOES 1-50
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

   ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

THIS CASE HAS BEEN ASSIGNED TO JUDGE BARBARA A. KRONLUND IN DEPARTMENT 10D FOR ALL PURPOSES, INCLUDING TRIAL

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: Burnett v Stanley Convergent Security Solutions, Inc., et al | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*

   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name):* Stanley Security
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☒ except defendant *(name):* Wells Fargo Bank, LTD
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1 - 25 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 26 -50 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: Burnett v Stanley Convergent Security Solutions, Inc., et al | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☒ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☒ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage *(specify):*
        Pain, suffering, emotional distress, prejudgment interest, such other and further relief as the court deems reasonable and proper.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

    Premises Liability, General Negligence

Date: January 30, 2019

Robert A. Gordon
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(4)

| SHORT TITLE: Burnett v Stanley Convergent Security Solutions, Inc., et al | CASE NUMBER: |
|---|---|

___First___ CAUSE OF ACTION—Premises Liability        Page ___4___
(number)

ATTACHMENT TO    ☒ Complaint    ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Kamau Burnett
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* February 23, 2017        plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*

303 N El Dorado Street, Stockton, CA 95202. Plaintiff was a customer at the business. He exited the vault and the elevated floor collapsed causing plaintiff to suffer bodily injuries.

Prem.L-2.   ☒ **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
Stanley Convergent Security Solutions, Inc., Wells Fargo Bank, LTD

☒ Does ___1___ to ___50___

Prem.L-3.   ☒ **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*
Stanley Convergent Security Solutions, Inc., Wells Fargo Bank, LTD

☒ Does ___1___ to ___50___

Plaintiff, a recreational user, was    ☐ an invited guest    ☐ a paying guest.

Prem.L-4.   ☐ **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

☐ Does _____ to _____

a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☐ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

☐ Does _____ to _____

b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
☐ described in attachment Prem.L-5.b    ☐ as follows *(names):*

Page 1 of 1

PLD-PI-001(2)

| SHORT TITLE: Burnett v Stanley Convergent Security Solutions, Inc., et al | CASE NUMBER: |
|---|---|

| Second | CAUSE OF ACTION—General Negligence | Page 5 |
|---|---|---|
| (number) | | |

ATTACHMENT TO  ☒  Complaint  ☐  Cross – Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Kamau Burnett

alleges that defendant *(name):* Stanley Convergent Security Solutions, Inc., and Wells Fargo Bank, LTD

☒  Does    1    to    50

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* February 23, 2017
at *(place):* 303 N El Dorado Street, Stockton, CA 95202

*(description of reasons for liability):*

Plaintiff realleges and incorporates herein by reference, each and every allegation contained in Plaintiff's First Cause of Action as therein alleged, as fully and completely as if said allegations were set forth herein in full.

Plaintiff further alleges that the Defendant, owned, operated, maintained service, entrusted, and otherwise controlled the property in Stockton, California, in such a manner and after a time when said defendants knew, or through the exercise of reasonable care, should have known, that such negligent conduct as herein alleged would likely cause injury to Plaintiff and other similarly situated.

As a direct and proximate result of the negligent conduct of the Defendants as herein alleged, Plaintiff fell when the elevator floor collapsed.

As further direct and proximate result of the negligent conduct of the Defendants as herein alleged, Plaintiff suffered injury to his physical, mental and emotional well-being.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

Exhibit "2"

LESTER & CANTRELL, LLP
Kevin R. Crisp [SBN 97504]
Matthew J. Kraus [SBN 260815]
Nickolaus E. Buchholz [SBN 304214]
1770 Iowa Avenue, Suite 110
Riverside, California 92507
Telephone: (951) 300-2690
Facsimile: (951) 300-2694
KCrisp@lc-lawyers.com
MKraus@lc-lawyers.com
NBuchholz@lc-lawyers.com

Attorneys for Defendants, STANLEY CONVERGENT SECURITY SOLUTIONS, INC. and WELLS FARGO BANK, NA, erroneously sued as WELLS FARGO BANK, LTD

FILED
2019 MAY 30 PM 1: 30
ROSA JUNQUEIRO, CLERK
BY JOYCE BANEK
DEPUTY

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN JOAQUIN

KAMAU BURNETT,

    Plaintiff,

vs.

STANLEY CONVERGENT SECURITY SOLUTIONS, INC.; WELLS FARGO BANK, LTD; and DOES 1 to 50, inclusive

    Defendants.

CASE NO.: STK-CV-UPI-2019-11477

ANSWER TO COMPLAINT

FILE BY FAX
ASSIGNED FOR ALL PURPOSES TO:
HON. BARBARA KRONLUND
DEPT: 10D

Complaint Filed: January 31, 2019

COMES NOW, Defendants, STANLEY CONVERGENT SECURITY SOLUTIONS, INC. and WELLS FARGO BANK, NA ("Defendants") and answers the complaint of KAMAU BURNETT ("Plaintiff"), on file herein as follows:

## GENERAL DENIAL

Pursuant to California Code of Civil Procedure section 431.30, Defendants deny generally and specifically each and every allegation contained in the unverified complaint and the whole thereof, and denies that Plaintiff sustained any damages as alleged, or at all by reason of any act, breach or omission on the part of these answering Defendants.

///

///

1.
ANSWER TO COMPLAINT

## FIRST AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Without peril to Defendants' denial of the existence of every alleged defect and claimed damage, Defendants allege that Plaintiff, while knowing of the purported defects and damages complained of, if any there be, failed to undertake to mitigate its damages and/or increased its damages, if any there be. Accordingly, if Plaintiff suffered any damages proximately caused by Defendants, which Defendants expressly deny, such damages should have been mitigated by reasonable efforts on the part of Plaintiff.

## SECOND AFFIRMATIVE DEFENSE

### (Unstated Additional Defenses)

Defendants presently have insufficient knowledge and information on which to form a belief as to whether there exists additional, as yet unstated affirmative defenses. Defendants reserve herein the right to assert additional affirmative defenses in the event that discovery indicates that such a defense would be appropriate.

## THIRD AFFIRMATIVE DEFENSE

### (Comparative Negligence)

Any and all events, happenings, and occurrences in connection with the allegations of the complaint, and alleged resulting damage, if any, were wholly, directly, and proximately caused by the acts or omissions of Plaintiff, as Plaintiff did not exercise that degree of care and caution which an ordinary prudent person/entity would exercise. Plaintiff is thereby completely barred from recovery by virtue of its negligence, or in the alternative, Plaintiff's negligence reduces its right to relief to the same degree its negligence contributed to this incident.

## FOURTH AFFIRMATIVE DEFENSE

### (Conduct of Third Persons)

Defendants are informed and believe that any and all events, happenings, and occurrences in connection with the allegations of the complaint, and alleged resulting damages, if any, sustained by Plaintiff, were wholly, directly, and proximately caused by the willful or negligent acts or omissions

or third parties over whom Defendants exercised no control and for whom Defendants are not otherwise responsible.

### FIFTH AFFIRMATIVE DEFENSE
### (Compliance with Applicable Law)

Plaintiff's claims are barred in whole or in part by reason of Defendants' compliance with all applicable laws, statutes and regulations.

### SIXTH AFFIRMATIVE DEFENSE
### (Apportionment)

Defendants are informed and believe that any and all events, happenings, and occurrences in connection with the allegations of the complaint were proximately caused by persons or entities other than Defendants. To the extent such alleged injuries or damages, if any, were caused by other parties or entities, there must be an apportionment of liability between and among these parties or entities, and Defendants are entitled to indemnity and/or contribution from, such causing or contributing parties or entities, to the extent that each such causing or contributing party or entity is determined to have caused or contributed to Plaintiff's alleged injuries or damages, if any.

### SEVENTH AFFIRMATIVE DEFENSE
### (No Liability for Non-Economic Damages)

In the event a judgment is rendered against it and in favor of Plaintiff, Defendants can only be held responsible, if at all, for that portion of the "non-economic" damages for which it is found liable by jury or judicial determination in direct proportion to Defendants' percentage of fault, pursuant to California Civil Code section 1431.2 as the rule of joint and several liability does not apply under such circumstances.

### EIGHTH AFFIRMATIVE DEFENSE
### (Superseding Cause)

If Plaintiff suffered any damage, which is denied, then any such damages was proximately caused by the intervening and superseding actions of others, which bars Plaintiff's recovery, if any, against Defendants.

///

## NINTH AFFIRMATIVE DEFENSE

### (Independent Causes)

The alleged injuries, damages or loss, if any, for which Plaintiff seeks recovery were the result of causes independent of any purported acts or omissions on the part of Defendants, or any of its agents, representatives or employees, thereby eliminating or reducing the alleged liability of Defendants.

WHEREFORE, Defendants pray for judgment as follows:

1. That Plaintiff take nothing by its complaint and that the same be dismissed with prejudice;
2. For all costs and fees incurred, including attorney's fees; and
3. For such other and further relief as the court deems just and proper.

Dated: May 30, 2019                    **LESTER & CANTRELL, LLP**

BY: _/s/_
Kevin R. Crisp
Matthew J. Kraus
Nickolaus E. Buchholz
Attorneys for Defendant,
STANLEY CONVERGENT SECURITY SOLUTIONS, INC. and WELLS FARGO BANK, NA

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

    I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is 1770 Iowa Avenue, Suite 110, Riverside, California 92507.

    On May 30, 2019, I served the foregoing documents by placing a true copy thereof enclosed in a sealed envelope and addressed as stated below:

**DOCUMENTS SERVED:** ANSWER TO COMPLAINT

**SERVED UPON:** Robert A. Gordon  
Redkey Gordon Law Corp.  
40 Hanford Street, Ste. B  
Sutter Creek, CA 95685

*Attorney for Plaintiff*  
Tel: (209) 267-1685  
Fax: (877) 325-5452  
Email: robert@redkeygordonlaw.com

X    **(By Mail)** I declare that I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Riverside, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   **(By Facsimile)** I served the above-described document on the interested parties in this action by sending a true copy thereof by facsimile transmission pursuant to *California Rules of Court*, Rule 2008, from facsimile machine number (951) 300-2694. The facsimile machine I used complied with *California Rules of Court*, Rule 2008, and no error was reported by the machine. Pursuant to Rule 2008(e)(3), I caused the machine to print a transmission record of the transmission.

   **(By E-Service)** by submitting an electronic version of the document(s) to One Legal, LLC through the user interface at www.onelegal.com.

   **(By Overnight Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery of documents. Under that practice it would be delivered to an authorized agent or driver of overnight delivery with the fees paid or provided for on the date of service and delivered the next day.

   **(By Personal Service)** I caused such envelope to be hand delivered to the offices(s) of the addressee(s).

X    **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

   **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

*/s/ M. Buchheit*  
M. BUCHHEIT

5.  
ANSWER TO COMPLAINT

Exhibit "3"



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

**E-J18619**

**FILED**
In the office of the Secretary of State of the State of California

**Jan - 17 2012**

This Space For Filing Use Only

| 1. CORPORATE NAME |
|---|
| C1330936 |
| WELLS FARGO BANK, LTD. |

| Due Date: |
|---|

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 707 WILSHIRE BOULEVARD   LOS ANGELES   CA   90017 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | CITY | STATE | ZIP CODE |
| | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| STEPHEN   ELLIS | 707 WILSHIRE BOULEVARD | LOS ANGELES, CA 90017 | | |
| 6. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| PATRICIA   RUDENBERG | 707 WILSHIRE BOULEVARD | LOS ANGELES, CA 90017 | | |
| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| HOWARD   ATKINS | 707 WILSHIRE BOULEVARD | LOS ANGELES CA 90017 | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| JAMES E HANSON | 707 WILSHIRE BOULEVARD | LOS ANGELES, CA 90017 | | |
| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| STEPHEN M ELLIS | 707 WILSHIRE BOULEVARD | LOS ANGELES, CA 90017 | | |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| DALE A PEARCE | 707 WILSHIRE BOULEVARD | LOS ANGELES, CA 90017 | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

| 12. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

| 14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| COMMERCIAL BANKING SERVICES |

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 01/17/2012 | STEPHEN M ELLIS | AUTHORIZED PERSON | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 C (REV 10/2010)          APPROVED BY SECRETARY OF STATE

# Exhibit "4"



# State of California
## Secretary of State

**Statement of Information**
(Foreign Corporation)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

F

**FW89812**

**FILED**

In the office of the Secretary of State
of the State of California

**MAY-21 2018**

1. **CORPORATE NAME**
   WELLS FARGO BANK, NATIONAL ASSOCIATION

2. **CALIFORNIA CORPORATE NUMBER**   C2649647

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
   ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>101 N PHILLIPS AVENUE, SIOUX FALLS, SD 57104 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/<br>TIMOTHY J SLOAN | 420 MONTGOMERY STREET 12TH FL, SAN FRANCISCO, CA 94104 | | | |
| 8. SECRETARY<br>KEITH M JACKSON | 45 FREMONT STREET 27TH FL, SAN FRANCISCO, CA 94104 | | | |
| 9. CHIEF FINANCIAL OFFICER/<br>JOHN R SHREWSBERRY | 420 MONTGOMERY STREET 12TH FL, SAN FRANCISCO, CA 94104 | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS
    CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE

11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY   STATE   ZIP CODE

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
    FINANCE

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 05/21/2018 | KEITH M JACKSON | SECRETARY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013)   APPROVED BY SECRETARY OF STATE