LESTER & CANTRELL, LLP
Kevin R. Crisp  [SBN97504]
1770 Iowa Avenue, Suite 110
Riverside, California  92507
Telephone:  (951) 300-2690
Facsimile:  (951) 300-2694
EMAIL:  kcrisp@lc-lawyers.com

Attorneys for Defendants, STANLEY CONVERGENT SECURITY SOLUTIONS, INC.
and WELLS FARGO BANK, N.A, erroneously sued as WELLS FARGO BANK, LTD.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAU BURNETT,<br><br>              Plaintiff,<br><br>vs.<br><br>STANLEY CONVERGENT SECURITY SOLUTIONS, INC.; WELLS FARGO BANK, LTD; and DOES 1 to 50, inclusive<br><br>              Defendants. | CASE NO.:  2:19-cv-01161-KJM-CKD<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court as provided below, the undersigned parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

///
///
///
///

The parties hereby request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  9/18/2019                           **REDKEY GORDON LAW CORP**

                                            BY: */s/Robert A. Gordon*
                                            Robert A. Gordon
                                            Attorneys for Plaintiff,
                                            KAMAU BURNETT

Dated: 9/23/2019                            **LESTER & CANTRELL, LLP**

                                            BY: */s/ Kevin R. Crisp*
                                            Kevin R. Crisp
                                            Attorneys for Defendants,
                                            STANLEY CONVERGENT
                                            SECURITY SOLUTIONS, INC.
                                            and WELLS FARGO BANK, N.A.

### ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _____                      _____
                                            Honorable Kimberly J. Mueller
                                            United States District Judge

The parties hereby request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: 9/18/19

**REDKEY GORDON LAW CORP.**

BY: _____
Robert A. Gordon
Attorneys for Plaintiff,
KAMAU BURNETT

Dated: _____

**LESTER & CANTRELL, LLP**

BY: _____
Kevin R. Crisp
Attorneys for Defendants,
STANLEY CONVERGENT
SECURITY SOLUTIONS, INC.
and WELLS FARGO BANK, N.A.

## ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Kimberly J. Mueller
United States District Judge

# CERTIFICATE OF SERVICE

Kamau Burnett v. Stanley Convergent Security Solutions, et al.
United States District Court, Eastern District of California
Case No. PENDING

I am employed in the County of Riverside, State of California. I am over the age of 18 years and am not a party to the within action. My business address is: 1770 Iowa Avenue, Suite 110, Riverside, CA 92507.

On September 23, 2019, I served the foregoing documents entitled:

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

on all interested parties in this action by:

☐ **US Mail:** The above-entitled document to be served via U.S. Mail by placing a true copy thereof in an enclosed sealed envelope, with first class postage prepaid, and depositing said envelope in a United States Post Office mailbox in 1770 Iowa Avenue, Riverside, California 92507, addressed to all parties on the attached service list.

☒ **ELECTRONIC COURT FILING (ECF):** The above-entitled document to be served electronically through the United States District Court, Northern District ECF website, addressed to all parties appearing in the Court's ECF service list. A copy of the "Filing Receipt" PAGE will be maintained with the original document in our office.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed this 23 September 2019 at Riverside, California**.**

/s/Marcella Buchheit

## SERVICE LIST

| | |
|---|---|
| Robert A. Gordon<br>Redkey Gordon Law Corp.<br>40 Hanford Street, Ste. B<br>Sutter Creek, CA  95685 | *Attorney for Plaintiff*<br><br>*Tel:   (209) 267-1685*<br>*Fax:  (877) 325-5452*<br>*Email: robert@redkeygordonlaw.com* |